CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARETTA BENTLEY and PERNELA HAYNES,<br><br>      Plaintiffs,<br><br>  v.<br><br>MILLENNIUM HEALTHCARE CENTERS II, LLC d/b/a/ CAREONE AT DUNROVEN f/k/a DUNROVEN HEALTHCARE CENTER, JOHN DOE #1-5 and XYZ CORP. #1-5,<br><br>      Defendants. | Civ. No. 06-5939 (DRD)<br><br>**O R D E R** |

      This matter, having come before the court on the motion of Defendant, Millennium Healthcare Centers II, LLC, doing business as CareOne at Dunroven, formerly known as Dunroven Healthcare Center ("Dunroven"), pursuant to Federal Rule of Civil Procedure 56 for summary judgment on the Complaint; and the Court having considered the submissions and oral arguments of the parties; and for the reasons set forth in the opinion of even date,

      IT IS on this 21st day of January, 2009, hereby

ORDERED that:

Defendant's motion for summary judgment is GRANTED. Defendant's motion in limine is DISMISSED as MOOT. It is further ordered that the Complaint in this action is DISMISSED with prejudice.

                                                   s/ Dickinson R. Debevoise
                                           DICKINSON R. DEBEVOISE, U.S.S.D.J.